## WELLS v. STATE.
### No. 26002.

Court of Criminal Appeals of Texas.

Nov. 5, 1952.

## FERGUSON v. STATE.
### No. 26001.

Court of Criminal Appeals of Texas.

Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the sale of intoxicating liquor in a dry area. The punishment assessed is a fine of $500.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.